UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC.<br>1600 20th Street, N.W.<br>Washington, DC  20009<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS<br>810 Vermont Ave., NW<br>Washington, DC 20420<br><br>      Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

1. This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to compel the production of records relating to requests by non-profit organizations to the Department of Veterans Affairs (VA) for the names and addresses of current or former members of the armed services.

**JURISDICTION**

2. This Court has subject matter jurisdiction under 5 U.S.C. § 552(a)(4)(B).

**PARTIES**

3. Plaintiff Public Citizen, Inc. is a national non-profit public interest organization.  Since its founding in 1971, Public Citizen has worked before Congress, regulatory agencies, and in the courts to advance the interests of its members and educate the public on a wide range of

consumer protection issues. Public Citizen works to promote openness and democratic accountability in government.

4. Defendant VA is an agency of the federal government of the United States and has possession of and control over the records Plaintiff seeks.

## STATEMENT OF FACTS

5. By letter to Defendant dated April 29, 2005, Plaintiff requested documents relating to requests by non-profit organizations for the names and addresses of current and former members of the armed services. Specifically, Plaintiff requested 1) all letters or other records from an organization requesting names and/or addresses of present or former members of the Armed Services and/or their dependents under 38 U.S.C. § 5701(f) and/or 38 C.F.R. § 1.519; 2) all documents or records submitted by an organization in support of a request for names and/or addresses of present or former members of the Armed Services and/or their dependents under 38 U.S.C. § 5701(f) and/or 38 C.F.R. § 1.519; 3) all letters or other records from the Department of Veterans Affairs or any person within the Department responding to a request from an organization for names and/or addresses under 38 U.S.C. § 5701(f) and/or 38 C.F.R. § 1.519; 4) all letters or other records of communications between the Department of Veterans Affairs and an organization requesting names and/or addresses under 38 U.S.C. § 5701(f) and/or 38 C.F.R. § 1.519 regarding the organization's request.

6. Under 5 U.S.C. § 552(a)(6)(A)(i) and 38 CFR § 1.553a, Defendant had at most 20 working days to respond to Plaintiff's FOIA request. Defendant, in a telephone conversation, acknowledged that it had received Plaintiff's request on May 3, 2005; more than twenty days have passed since that date. To date, Plaintiff has not received any records pertaining to organizational requests for names and addresses.

7. Plaintiff has therefore exhausted its administrative remedies under FOIA. *See* 5 U.S.C. § 552(a)(6)(C)(i).

8. Plaintiff has a statutory right to the records it seeks, and there is no legal basis for Defendant's failure to disclose them to Plaintiff.

## CLAIMS FOR RELIEF

WHEREFORE, Plaintiff requests that this Court:

A) Declare that Defendant's failure to disclose the records requested by Plaintiff pertaining to organizational requests for the names and addresses of service members is unlawful;

B) Order defendant to make all the requested records available to Plaintiff;

C) Award Plaintiff its costs and reasonable attorneys' fees pursuant to 5 U.S.C. § 552(a)(4)(E); and

D) Grant such other and further relief as this Court may deem just and proper.

Respectfully submitted,

_/s/_____
Brian Wolfman
(DC Bar No. 427491)
Adina H. Rosenbaum
(DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC  20009
(202) 588-1000
(202) 588-7795 (fax)

Dated:  June 10, 2005                           Attorneys for Plaintiff