

# United States District Court
# For the District of Columbia

FILED
JUN 1 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Public Citizen, Inc.  )
                      )
                      )
            Plaintiff )   Civil Action
      vs              )
                      )   CASE NUMBER 1:05CV01176
Department of Veterans Affairs )
                      )   JUDGE: Ellen Segal Huvelle
                      )
            Defendant )   DECK TYPE: FOIA/Privacy Act
                      )
                          DATE STAMP: 06/10/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Public Citizen, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Public Citizen, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Brian Wolfman* (signature)
Signature

__427491__
BAR IDENTIFICATION NO.

Brian Wolfman
Print Name

1600 20th Street, NW
Address

Washington, DC     20009
City        State     Zip Code

(202) 588-1000
Phone Number