UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC CITIZEN, INC.** ) <br> 1600 20th Street, N.W. ) <br> Washington, D.C. 20009 ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **DEPT. OF VETERANS AFFAIRS,** ) <br> 810 Vermont Ave., NW ) <br> Washington, D.C. 20420 ) <br> ) <br> Defendant. ) | Civil Action No. 05-1176 (ESH) <br> ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

/s/
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **22nd** day of **June**, 2005, a true and correct copy of the foregoing Praecipe was served upon Plaintiff's attorney **Brian Wolfman**, via Electronic Case Filing (ECF) and by first class United States mail, postage prepaid, to:

**Brian Wolfman**
**Public Citizen Litigation Group**
**1600 20th Street, NW**
**Washington, D.C. 20009**

          /s/
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372