UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., )<br>    Plaintiff, )<br>)<br>)<br>  v. )<br>)<br>DEPT. OF VETERANS AFFAIRS, )<br>)<br>    Defendant. )<br>)<br>)<br>_____) | Civil Action No. 05-1176 (ESH)<br>ECF |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Motion and the entire record herein, it is this _____ day of _____, 2005, hereby **Ordered**:

That Defendant shall have up to ninety business days from entry of this Order to complete its processing of the FOIA request described in Plaintiff's Complaint and that Defendant will make its best effort to make an initial release of records on or about September 6, 2005.

That Plaintiff will have fourteen days from their receipt to review any records released by Defendant pursuant to this Order to determine whether Plaintiff will request that Defendant complete a <u>Vaughn</u> index of any withholdings.

That should Plaintiff request that Defendant prepare a <u>Vaughn</u> index, Defendant shall have thirty days from its receipt of that request to draft a <u>Vaughn</u> index of withholdings and to transmit the index to Plaintiff.

That Plaintiff shall have up to fourteen days following receipt of a <u>Vaughn</u> index in order to determine whether Plaintiffs will contest the withholdings.

That the parties undertake their best efforts to resolve any issue regarding the withholding of documents by the Defendant prior to raising the issue with the Court.

That if, despite using their best efforts to resolve any dispute, a dispute remains as to any withholding, the parties shall so inform the Court and, at that time, propose a schedule for the briefing of the dispute.

That Defendant's obligation to file an answer or responsive pleading is stayed pending further order of the Court.

Dated:

_____
United States District Judge