UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., )<br>          Plaintiff, )<br>)<br>     v. )<br>)<br>DEPT. OF VETERANS AFFAIRS, )<br>          Defendant. )<br>)<br>_____ ) | Civil Action No. 05-1176 (ESH)<br>ECF |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action with prejudice. Each party shall bear its own costs and fees.

Respectfully submitted,

/s/
Brian Wolfman, D.C. BAR # 427491
Adina H. Rosenbaum, D.C. Bar # 490928
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Counsel for Plaintiff

/s/
Kenneth L. Wainstein, D.C. BAR # 451058
United States Attorney

/s/
R. Craig Lawrence, D.C. BAR # 171538
Assistant United States Attorney

/s/
Peter S. Smith, D.C. BAR # 465131
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0372

Counsel for Defendant