UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1176 (ESH) |
| ) | |
| DEPT. OF VETERANS AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

**SECOND JOINT STATUS REPORT**

In response to the Court's November 22, 2005 Notice, the parties hereby submit this status report. On November 30, 2005, the parties filed a stipulation of dismissal in this case. See Document No. 5.

Respectfully submitted,

s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/

PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-0372

Counsel for Defendant

        s/
_____
Brian Wolfman, D.C. Bar No. 427491
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, D.C. 20009
(202) 588-1000

Counsel for Plaintiff